Const, art VI, § 3 [b]; CPLR 5602 [a]). Motion for a stay dismissed as academic.

CAROLYN SCHENK, Appellant, v STATEN ISLAND UNIVERSITY HOSPITAL et al., Respondents, et al., Defendant.

WASHINGTON MUTUAL BANK, Respondent, v CAROLYN SCHENK, Appellant, et al., Defendants.

Submitted December 13, 2010; decided January 11, 2011

Motion for leave to appeal etc. dismissed upon the ground that the orders sought to be appealed from do not finally determine the actions within the meaning of the Constitution.

CAROL A. TONZI, Appellant-Respondent, v RICHARD H. NICHOLS, Individually and Doing Business as NICHOLS FINANCIAL SERVICES, Respondent-Appellant. (Appeal No. 1.)

Submitted November 8, 2010; decided January 11, 2011

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

CAROL A. TONZI, Appellant-Respondent, v RICHARD H. NICHOLS, Individually and Doing Business as NICHOLS FINANCIAL SERVICES, Respondent-Appellant. (Appeal No. 1.)

Submitted December 13, 2010; decided January 11, 2011

Motion by Cornell Securities Law Clinic for leave to file a brief amicus curiae on the motions for leave to appeal herein granted and the brief is accepted as filed, and for leave to appear amicus curiae on the appeal herein dismissed as academic.

In the Matter of CARLOS ABREU, Appellant, v HAWLEY VONCE, as Correction Nurse, et al., Respondents.

Decided January 18, 2011